Ira Bodenstein  
Shaw Gussis  
321 N. Clark St., Ste. 800  
Chicago, IL 60654  
(312) 662-2861  
    Chapter 7 Trustee

The Honorable: TIMOTHY A. BARNES  
Chapter 7

Hearing Date: 04/23/2013  
Hearing Time: 10:30 a.m.  
Response Date: / /

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ZAGONE, JOSEPH MICHAEL, JR. § Case No. 12-21202  
   ZAGONE, MARIELLE LOUISA §  
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street  
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/23/2013 in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 03/14/2013          By:     Ira Bodenstein
                                         Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| Ira Bodenstein | The Honorable: TIMOTHY A. BARNES |
| Shaw Gussis | Chapter 7 |
| 321 N. Clark St., Ste. 800 | Location: |
| Chicago, IL 60654 | Hearing Date: / / |
| (312) 662-2861 | Hearing Time: |
| Chapter 7 Trustee | Response Date: / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: ZAGONE, JOSEPH MICHAEL, JR. | § | Case No. 12-21202 |
| ZAGONE, MARIELLE LOUISA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,000.00 |
| and approved disbursements of | $ 144.75 |
| *leaving a balance on hand of* [1] | $ 29,855.25 |
| **Balance on hand:** | $ 29,855.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 29,855.25 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 3,750.00 | 0.00 | 3,750.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,750.00 |
| Remaining balance: | $ 26,105.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $       0.00
Remaining balance:   $    26,105.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $       0.00
Remaining balance:   $    26,105.25

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,251.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Target | 1,296.16 | 0.00 | 673.34 |
| 2 -2 | Discover Bank | 2,434.62 | 0.00 | 1,264.76 |
| 3 -2 | Discover Bank | 5,028.84 | 0.00 | 2,612.44 |
| 4 | PYOD, LLC as successor of Citibank | 250.89 | 0.00 | 130.34 |
| 5 | Vans, Inc. | 31,953.12 | 0.00 | 16,599.36 |
| 6 | KENNICOTT BROTHERS COMPANY | 7,285.41 | 0.00 | 3,784.70 |
| 7 | GE Capital Retail Bank | 331.01 | 0.00 | 171.96 |
| 8 | GE Capital Retail Bank | 1,256.80 | 0.00 | 652.90 |
| 9 | Capital One, N.A. | 414.73 | 0.00 | 215.45 |

Total to be paid for timely general unsecured claims:   $    26,105.25
Remaining balance:   $       0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                        Case No. 12-21202-TAB
Joseph Michael Zagone, Jr.                                    Chapter 7
Marielle Louisa Zagone
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: mflowers              Page 1 of 3          Date Rcvd: Mar 19, 2013
                              Form ID: pdf006             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2013.
db           #+Joseph Michael Zagone, Jr.,    3210 Chicago Road,    Steger, IL 60475-1060
jdb           +Marielle Louisa Zagone,    3210 Chicago Road,    Steger, IL 60475-1060
18952285      +Caine & Weiner,    1699 E. Woodfield Rd.,    Schaumburg, IL 60173-4935
19775253       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18952287       Chase/Southwest,    P. O. Box 15298,   Wilmington, DE 19850-5298
18952288      +Citi Card,    P. O. Box 6500,   Sioux Falls, SD 57117-6500
18952289       Dex One,    P. O. Box 9001401,   Louisville, KY 40290-1401
18952292      +First United Bank,    7626 Lincoln Highway,    Frankfort, IL 60423-9405
18952293      +Floral International Xpress, Ltd.,    11N795 Orchard Lane,    Elgin, IL 60124-8019
18952294      +Forgette-Klingenmaier Evergreens,    P.O. Box 23,    Carney, MI 49812-0023
18952298       HSBC Retail Services/Carson's,    P. O. Box 5893,    Carol Stream, IL 60197-5893
18952297      +Harris, N. A.,    P. O. Box 5043,   Rolling Meadows, IL 60008-5043
18952299      +J. S. Paluch Co., Inc.,    P. O. Box 2703,    Schiller Park, IL 60176-0703
19527500       KENNICOTT BROTHERS COMPANY,    C/O ARNSTEIN AND ZELLER,    2616 WAUKEGAN RD.,#171,
                GLENVIEW, IL 60025
18952300       Kennicott Brothers Company,    c/o Arnstein and Zeller,    2516 Waukegan Road, #171,
                Glenview, IL 60025-1774
18952301      +Kennicott Brothers Company,    1638 West Hubbard Street,    Chicago, IL 60622-6681
18952303      +Macy's,   Bankruptcy Processing,    P. O. Box 8053,    Mason, OH 45040-8053
18952304      +Maday's Wholesale Greenhouses, Inc.,    2215 E. Richton Road,    Crete, IL 60417-1743
18952305      +Muller and Sons, Inc.,    257 S. Volusia Av.,    Pierson, FL 32180-2875
18952306       Sears Credit Cards,    P. O. Box 6283,   Sioux Falls, SD 57117-6283
18952307       Target Card,    P. O. Box 660170,   Dallas, TX 75266-0170
18952308       Teleflora,    P.O. Box 60910,   Los Angeles, CA 90060-0910
18952309      +Vans, Inc.,    3730 West 131st Street,    Alsip, IL 60803-1519
18952310      +Wm A. Lau and Co., Ltd.,    18825 Dixie Highway,    Homewood, IL 60430-3903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19472932       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2013 01:50:45
                American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
18952286      +E-mail/Text: cms-bk@cms-collect.com Mar 20 2013 01:44:39      Capital Management Services, LP,
                726 Exchange St.,    Suite 700,   Buffalo, NY 14210-1464
18952290       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2013 01:53:35       Discover,    P. O. Box 30943,
                Salt Lake City, UT 84130
18952291       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2013 01:53:35       Discover,    P. O. Box 6103,
                Carol Stream, IL 60197-6103
19478830       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2013 01:53:35       Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19591929       E-mail/PDF: rmscedi@recoverycorp.com Mar 20 2013 01:55:14      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18952295      +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2013 01:54:58      GE Capital Retail Bank/JC Penney,
                Attention:  Bankruptcy Department,    P. O. Box 103104,    Roswell, GA 30076-9104
18952296      +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2013 09:42:04      GE Capital Retail Bank/La-Z Boy,
                Attention:  Bankruptcy Department,    P. O. Box 103106,    Roswell, GA 30076-9106
18952302       E-mail/Text: bnckohlsnotices@becket-lee.com Mar 20 2013 01:39:05       Kohl's,    P. O. Box 3043,
                Milwaukee, WI 53201-3043
19479678      +E-mail/Text: resurgentbknotifications@resurgent.com Mar 20 2013 02:05:05
                PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: mflowers              Page 2 of 3              Date Rcvd: Mar 19, 2013
                              Form ID: pdf006             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2013**            **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: mflowers              Page 3 of 3                  Date Rcvd: Mar 19, 2013
                               Form ID: pdf006             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2013 at the address(es) listed below:

```
          David P Lloyd    on behalf of Debtor Joseph Michael Zagone, Jr. courtdocs@davidlloydlaw.com
          David P Lloyd    on behalf of Joint Debtor Marielle Louisa Zagone courtdocs@davidlloydlaw.com
          Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
           cowens@shawfishman.com
          Ira  Bodenstein    iratrustee@shawfishman.com,  IL29@ecfcbis.com;cowens@shawfishman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```