# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ZAGONE, JOSEPH MICHAEL, JR. § Case No. 12-21202
      ZAGONE, MARIELLE LOUISA § 
       §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $282,263.00 *(without deducting any secured claims)* | Assets Exempt: $49,488.00 |
| Total Distribution to Claimants: $26,105.25 | Claims Discharged Without Payment: $51,096.79 |
| Total Expenses of Administration: $3,894.75 | |

    3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $276,343.49 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,894.75 | 3,894.75 | 3,894.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 75,725.16 | 50,251.58 | 50,251.58 | 26,105.25 |
| **TOTAL DISBURSEMENTS** | $352,068.65 | $54,146.33 | $54,146.33 | $30,000.00 |

4) This case was originally filed under Chapter 7 on May 24, 2012. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2013     By: /s/Ira Bodenstein
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1400 Indian Trail, Delevan, WI 53115 - 20% inter | 1110-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris, N. A. | 4110-000 | 28,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First United Bank | 4110-000 | 248,343.49 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$276,343.49** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.37 | 57.37 | 57.37 |
| Rabobank, N.A. | 2600-000 | N/A | 40.08 | 40.08 | 40.08 |
| Rabobank, N.A. | 2600-000 | N/A | 47.30 | 47.30 | 47.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,894.75 | $3,894.75 | $3,894.75 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Target | 7100-000 | 973.66 | 1,296.16 | 1,296.16 | 673.34 |
| 2 -2 | Discover Bank | 7100-000 | 2,309.21 | 2,434.62 | 2,434.62 | 1,264.76 |
| 3 -2 | Discover Bank | 7100-000 | 4,869.76 | 5,028.84 | 5,028.84 | 2,612.44 |
| 4 | PYOD, LLC as successor of Citibank | 7100-000 | 46.84 | 250.89 | 250.89 | 130.34 |
| 5 | Vans, Inc. | 7100-000 | 31,668.10 | 31,953.12 | 31,953.12 | 16,599.36 |
| 6 | KENNICOTT BROTHERS COMPANY | 7100-000 | 7,285.41 | 7,285.41 | 7,285.41 | 3,784.70 |
| 7 | GE Capital Retail Bank | 7100-000 | 218.08 | 331.01 | 331.01 | 171.96 |
| 8 | GE Capital Retail Bank | 7100-000 | 1,157.80 | 1,256.80 | 1,256.80 | 652.90 |
| 9 | Capital One, N.A. | 7100-000 | 245.84 | 414.73 | 414.73 | 215.45 |
| NOTFILED | HSBC Retail Services/Carson's | 7100-000 | 704.75 | N/A | N/A | 0.00 |
| NOTFILED | J. S. Paluch Co., Inc. | 7100-000 | 373.41 | N/A | N/A | 0.00 |
| NOTFILED | Caine & Weiner | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Forgette-Klingenmaier Evergreens | 7100-000 | 218.95 | N/A | N/A | 0.00 |
| NOTFILED | Macy's Bankruptcy Processing | 7100-000 | 221.94 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Teleflora | 7100-000 | 1,567.74 | N/A | N/A | 0.00 |
| NOTFILED | Wm A. Lau and Co., Ltd. | 7100-000 | 1,225.00 | N/A | N/A | 0.00 |
| NOTFILED | Maday's Wholesale Greenhouses, Inc. | 7100-000 | 1,596.65 | N/A | N/A | 0.00 |
| NOTFILED | Muller and Sons, Inc. | 7100-000 | 312.75 | N/A | N/A | 0.00 |
| NOTFILED | Kennicott Brothers Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Floral International Xpress, Ltd. | 7100-000 | 7,585.48 | N/A | N/A | 0.00 |
| NOTFILED | Dex One | 7100-000 | 1,814.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Card | 7100-000 | 8,096.46 | N/A | N/A | 0.00 |
| NOTFILED | Chase/Southwest | 7100-000 | 3,233.33 | N/A | N/A | 0.00 |
| NOTFILED | Capital Management Services, LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $75,725.16 | $50,251.58 | $50,251.58 | $26,105.25 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-21202  
**Case Name:** ZAGONE, JOSEPH MICHAEL, JR.  
ZAGONE, MARIELLE LOUISA  
**Period Ending:** 06/19/13

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 05/24/12 (f)  
**§341(a) Meeting Date:** 07/26/12  
**Claims Bar Date:** 12/20/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 3210 Chicago Road, Steger IL 60475 | 200,000.00 | 200,000.00 | OA | 0.00 | FA |
| 2 | 3209 Emerald Avenue, Steger, IL 60475 | 45,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1400 Indian Trail, Delevan, WI 53115 - 20% inter | 50,000.00 | 50,000.00 | | 30,000.00 | FA |
| 4 | Cash on hand | 50.00 | 0.00 | OA | 0.00 | FA |
| 5 | checking account with Chase | 478.00 | 0.00 | OA | 0.00 | FA |
| 6 | savings account with Chase Bank | 10.00 | 0.00 | OA | 0.00 | FA |
| 7 | checking account with First United | 250.00 | 0.00 | OA | 0.00 | FA |
| 8 | household goods including bedroom and sofa set, | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 9 | IRA account with Stieffel Nicklaus | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | IRA account with Stieffel Nicklaus | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 11 | 60 shares - Walt Disney Company | 2,400.00 | 500.00 | OA | 0.00 | FA |
| 12 | 2001 Chrysler PT Cruiser | 2,075.00 | 0.00 | OA | 0.00 | FA |
| 13 | 2011 Ford Edge | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | 1989 Correct Craft | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$332,263.00** | **$253,500.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR filed. Hearing 4/23/2013.

**Initial Projected Date Of Final Report (TFR):** June 30, 2013  **Current Projected Date Of Final Report (TFR):** March 14, 2013 (Actual)

Case 12-21202   Doc 40   Filed 06/27/13   Entered 06/27/13 17:43:01   Desc Main
Document      Page 7 of 8

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-21202  
**Case Name:** ZAGONE, JOSEPH MICHAEL, JR.  
ZAGONE, MARIELLE LOUISA  
**Taxpayer ID #:** **-***0198  
**Period Ending:** 06/19/13

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******67-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/12 | {3} | James Zagone | Sale of non exempt equity in 1400 Indian Trail, Delavan, WI. per ct order dated 10/30/2012 dkt #21 | 1110-000 | 30,000.00 | | 30,000.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.37 | 29,942.63 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 29,942.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **30,000.00** | **30,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 29,942.63 | |
| | | | **Subtotal** | | **30,000.00** | **57.37** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,000.00** | **$57.37** | |

{} Asset reference(s)

Printed: 06/19/2013 05:39 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-21202 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | ZAGONE, JOSEPH MICHAEL, JR. | | **Bank Name:** | Rabobank, N.A. |
| | ZAGONE, MARIELLE LOUISA | | **Account:** | ****573866 - Checking Account |
| **Taxpayer ID #:** | **-***0198 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/19/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 29,942.63 | | 29,942.63 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.08 | 29,902.55 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.30 | 29,855.25 |
| 04/25/13 | 10101 | Ira Bodenstein | Final distribution TFR approved | 2100-000 | | 3,750.00 | 26,105.25 |
| 04/25/13 | 10102 | American InfoSource LP as agent for Target | Ref # 8699 | 7100-000 | | 673.34 | 25,431.91 |
| 04/25/13 | 10103 | Discover Bank | Ref # 2345 | 7100-000 | | 1,264.76 | 24,167.15 |
| 04/25/13 | 10104 | Discover Bank | Ref # 3983 | 7100-000 | | 2,612.44 | 21,554.71 |
| 04/25/13 | 10105 | PYOD, LLC as successor of Citibank | Ref # XXXX-XXXX-XXXX-2586 | 7100-000 | | 130.34 | 21,424.37 |
| 04/25/13 | 10106 | Vans, Inc. | Final distribution TFR approved | 7100-000 | | 16,599.36 | 4,825.01 |
| 04/25/13 | 10107 | KENNICOTT BROTHERS COMPANY | Final distribution TFR approved | 7100-000 | | 3,784.70 | 1,040.31 |
| 04/25/13 | 10108 | GE Capital Retail Bank | Ref # XXXXXXX4201 | 7100-000 | | 171.96 | 868.35 |
| 04/25/13 | 10109 | GE Capital Retail Bank | Ref # XXXXXXXXXXXX7547 | 7100-000 | | 652.90 | 215.45 |
| 04/25/13 | 10110 | Capital One, N.A. | Ref # XXXXXX0298 | 7100-000 | | 215.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 29,942.63 | 29,942.63 | $0.00 |
| | | | Less: Bank Transfers | | 29,942.63 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 29,942.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$29,942.63** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******67-66** | 30,000.00 | 57.37 | 0.00 |
| **Checking # ****573866** | 0.00 | 29,942.63 | 0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |

{} Asset reference(s)

Printed: 06/19/2013 05:39 PM   V.13.13